| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | SANDI L. NICHOLS (BAR NO. 100403)<br>PATRICK E. BREEN (BAR NO. 81579)<br>JAN S. DRISCOLL (BAR NO. 65967)<br>ALLEN MATKINS LECK GAMBLE<br>  MALLORY & NATSIS LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074<br>Phone: (415) 837-1515<br>Fax: (415) 837-1516<br>E-Mail: snichols@allenmatkins.com<br>       pbreen@allenmatkins.com<br>       jdriscoll@allenmatkins.com |
| | **E-Filed 7/22/2009** |

Attorneys for Defendant
CALIFORNIA-AMERICAN WATER COMPANY, dba
CALIFORNIA AMERICAN WATER, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -

SAN JOSE DIVISION

| | |
|---|---|
| SIERRA CLUB, a not-for-profit California Corporation, and CARMEL RIVER STEELHEAD ASSOCIATION,<br><br>          Plaintiffs,<br><br>   vs.<br><br>CALIFORNIA AMERICAN WATER COMPANY, dba CALIFORNIA AMERICAN WATER, a California Corporation,<br><br>          Defendant,<br><br>GARY LOCKE, SECRETARY OF THE UNITED STATES, DEPARTMENT OF COMMERCE, in his official capacity, Defendant (Joinder under FRCP 19(a) as a Necessary Party)<br><br> and<br><br>DR. JANE LUBCHENKO, ADMINISTRATOR, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, in her official capacity, Defendant (Joinder under FRCP 19(a) as a Necessary Party) and<br><br>RODNEY McINNIS, REGIONAL ADMINISTRATOR, SOUTHWEST REGION, NATIONAL MARINE FISHERIES SERVICE, in his official capacity, Defendant (Joinder under FRCP 19(a) as a Necessary Party). | Case No. CV 09 2870 JF RS<br><br>**STIPULATION RE: TIME FOR FILING RESPONSIVE PLEADING AND FOR NEW HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; [~~PROPOSED~~] ORDER** |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

765030.01/SF

STIPULATION RE: TIME FOR FILING RESPONSIVE PLEADING, ETC

Plaintiffs SIERRA CLUB and CARMEL RIVER STEELHEAD ASSOCIATION (collectively, "Plaintiffs"), Defendant CALIFORNIA-AMERICAN WATER COMPANY, dba CALIFORNIA AMERICAN WATER ("CAW"), and Defendants GARY LOCKE, SECRETARY OF THE UNITED STATES, DEPARTMENT OF COMMERCE, in his official capacity, DR. JANE LUBCHENKO, ADMINISTRATOR, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, in her official capacity, and RODNEY MCINNIS, REGIONAL ADMINISTRATOR, SOUTHWEST REGION, NATIONAL MARINE FISHERIES SERVICE, in his official capacity (collectively, "Agency Defendants") (Plaintiffs, CAW, and the Agency Defendants are collectively referred to herein as the "Parties") hereby stipulate, by and through their respective counsel, as follows:

**RECITALS**

1. Plaintiffs' Complaint and Motion for Preliminary Injunction ("Motion") were simultaneously filed in this court on June 25, 2009, and a hearing date of August 14, 2009, was set by Plaintiffs on the Motion;

2. Due to the process server's defective service of the summons, Complaint and pleadings relating to the Motion, Plaintiffs and CAW have stipulated that service on CAW will be effective as of July 13, 2009;

3. Plaintiffs and CAW subsequently agreed that dates for the filing of CAW's responsive pleading, and for the briefing and hearing of the Motion, should be set by stipulation subject to the Court's availability, and that CAW's responsive pleading shall be filed and served by August 17, 2009;

4. On July 16, 2009, the secretary to CAW's counsel (Kay Newsome) spoke to the court clerk for the Honorable Jeremy Fogel, in Courtroom 3 of the above-entitled court, and confirmed the Court's availability to hear the Motion on Friday, September 18, 2009, and reserved that date for the hearing on Plaintiffs' Motion. The clerk further informed Ms. Newsome that a Stipulation should be submitted to the Court to confirm the Parties' agreement to that date;

5. The Parties therefore enter into the following Stipulation and jointly seek the Court's approval of the following responsive pleading, briefing and hearing schedule:

# STIPULATION

1. Plaintiffs and CAW hereby stipulate that CAW's responsive pleading shall be served and filed on or before **August 17, 2009**.

2. The Parties stipulate that the hearing date on Plaintiffs' Motion shall be set, subject to the Court's (confirmed) availability, for 9:00 a.m., on Friday, **September 18, 2009**.

3. The Parties further stipulate to the following briefing schedule on Plaintiffs' Motion:

    a. Opposition Briefs to be filed and served by Friday, **August 21, 2009;** and

    b. Reply Brief to be filed by Friday, **September 4, 2009**.

Dated: July 21, 2009        CALIFORNIA ENVIRONMENTAL LAW PROJECT

By: /s/ Laurens H. Silver
LAURENS H. SILVER
Attorneys for Plaintiffs
SIERRA CLUB and CARMEL RIVER STEELHEAD ASSOCIATION

Dated: July 21, 2009        ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Sandi L. Nichols
SANDI L. NICHOLS
Attorneys for Defendant
CALIFORNIA-AMERICAN WATER COMPANY, dba CALIFORNIA AMERICAN WATER

| | |
|---|---|
| Dated: July 21, 2009 | UNITED STATES DEPARTMENT OF JUSTICE |
| | By: /s/ Jay Govindan |
| | JAY GOVINDAN |
| | Attorneys for Defendants |
| | GARY LOCKE, SECRETARY OF THE UNITED STATES, DEPARTMENT OF COMMERCE, in his official capacity; DR. JANE LUBCHENKO, ADMINISTRATOR, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, in her official capacity; and RODNEY MCINNIS, REGIONAL ADMINISTRATOR, SOUTHWEST REGION, NATIONAL MARINE FISHERIES SERVICE, in his official capacity |

Attestation Regarding Signature: This document is being filed electronically under my user ID and Password.  Pursuant to General Order 45, section XB, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed on July 21, 2009, in San Francisco, California.

  /s/ Sandi L. Nichols
SANDI L. NICHOLS

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Based upon the foregoing Stipulation of the Parties, the Court hereby adopts the schedule set forth above for the filing and service of CAW's responsive pleading, and for the briefing and hearing schedule on Plaintiffs' Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

DATED: July 22, 2009

_____
The Honorable Jeremy Fogel
United States District Court Judge