JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
S. JAY GOVINDAN, Senior Trial Attorney
United States Department of Justice
Environment &Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Phone: (202) 305-0237
Facsimile: (202) 305-0275

**E-Filed 9/4/2009**

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, and the )
CARMEL RIVER STEELHEAD ASSOCIATION, ) Civ. No. 09-2870-JF
)
Plaintiffs, )
)
v. ) STIPULATION FOR STAY
) OF FILING RESPONSIVE
CALIFORNIA AMERICAN WATER COMPANY,) PLEADING; [PROPOSED] ORDER
d/b/a CALIFORNIA AMERICAN WATER, )
)
Defendant, )
) Judge: Hon. Jeremy Fogel
and )
)
GARY LOCKE, SECRETARY OF THE )
U.S. DEPARTMENT OF COMMERCE; )
DR. JANE LUBCHENKO, ADMINISTRATOR )
of the NATIONAL OCEANIC AND )
ATMOSPHERIC ADMINISTRATION; and )
RODNEY McINNIS, REGIONAL )
ADMINISTRATOR, SOUTHWEST REGION, )
NATIONAL MARINE FISHERIES SERVICE, )
)
Named as FRCP 19(a) )
Necessary Party Defendants. )
)

The Sierra Club and the Carmel River Steelhead Association ("Plaintiffs"), Gary Locke, Secretary of the U.S. Department of Commerce, Dr. Jane Lubchenko, Administrator of the National Oceanic and Atmospheric Administration, and Rodney McInnis, Regional Administrator of the Southwest Region, National Marine Fisheries Service ("Federal Defendants"), by and through their undersigned counsel hereby stipulate and state as follows:

WHEREAS, Plaintiffs commenced this action on June 25, 2009;

1  WHEREAS, Plaintiffs effected service upon Federal Defendants by delivery of summons to the United States' Attorneys' Office for the Northern District of California on July 21, 2009;

WHEREAS, Defendant, California American Water Company has filed a motion to dismiss this action, and the motion to dismiss is set to be heard on September 18, 2009 (Dkt. 21);

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(2), Federal Defendants' responsive pleading is due to be filed on September 21, 2009;

WHEREAS, Plaintiffs' Complaint contains no allegations or claims directed against Federal Defendants; therefore

In an effort to conserve judicial resources, the parties hereby STIPULATE:

1. That Federal Defendants' obligation to file a responsive pleading is hereby stayed until a ruling is issued on Defendant, California American Water Company's motion to dismiss; and

2. Federal Defendants shall file a responsive pleading within 14 days of an order from this Court denying Defendant, California American Water Company's motion to dismiss; and

3. If Defendant California American Water Company's motion to dismiss is granted, Federal Defendants need not file any responsive pleading.

So stipulated this ___ day of September, 2009.

LAURENS H. SILVER
CALIFORNIA ENVIRONMENTAL LAW PROJECT
P.O. Box 667
Mill Valley, California 94942
Phone: (510) 237-6598
Fax: (510) 237-6598

Attorney for Plaintiffs

1 | /s/ S. Jay Govindan
S. JAY GOVINDAN, Senior Trial Attorney
2 | United States Department of Justice
Environment &Natural Resources Division
3 | Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
4 | Washington, D.C. 20044-7369
Phone: (202) 305-0237
5 | Facsimile: (202) 305-0275

6 | Attorneys for Federal Defendants

1

<b>[PROPOSED] ORDER</b>

2      Based on the foregoing, it is hereby ordered that Federal Defendants' time for filing a
3 responsive pleading is stayed until 14 days after a ruling denying Defendant California American
4 Water Company's motion to dismiss. If Defendant California American Water Company's
5 motion to dismiss is granted, Federal Defendants need not file a responsive pleading.

6

**IT IS SO ORDERED.**

7

8 Dated: 9/4/2009

_____
The Hon. Jeremy Fogel
U.S. District Judge