\*\*E-Filed 9/18/09\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SIERRA CLUB, and the<br>CARMEL RIVER STEELHEAD ASSOCIATION<br><br>              Plaintiffs,<br><br>   v.<br><br>CALIFORNIA AMERICAN WATER<br>COMPANY, d/b/a CALIFORNIA AMERICAN<br>WATER,<br><br>              Defendant,<br><br>GARY LOCKE, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, DR. JANE LUBCHENKO, ADMINISTRATOR of the NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and RODNEY McINNIS, REGIONAL ADMINISTRATOR, SOUTHWEST REGION, NATIONAL MARINE FISHERIES SERVICE,<br><br>           Named as FRCP 19(a)<br>           Necessary Party Defendants. | Case Number C 09-2870 JF<br><br>**ORDER[1] CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Re. docket no. 22 |

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-2870 JF
ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS
(JFLC3)

1      For the reasons stated on the record on September 18, 2009, the hearing on Defendant
2  California American Water Company's motion to dismiss is continued until December 18, 2009,
3  at 9:00 AM.
4
5
6  **IT IS SO ORDERED.**
7  DATED: 9/18/09
8                                  JEREMY FOGEL
9                                  United States District Judge

Case No. C 09-2870 JF
ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS
(JFLC3)

1 | This Order has been served upon the following persons:

2 | Laurens Herby Silver     larrysilver@celproject.net

3

4 | Sandi L. Nichols     snichols@allenmatkins.com, knewsome@allenmatkins.com

5 | Srinath Jay Govindan     Jay.Govindan@usdoj.gov, EFILE_WMRS.ENRD@usdoj.gov

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28