# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SIERRA CLUB, and the<br>CARMEL RIVER STEELHEAD ASSOCIATION<br><br>          Plaintiffs,<br><br>    v.<br><br>CALIFORNIA AMERICAN WATER COMPANY, d/b/a CALIFORNIA AMERICAN WATER,<br><br>          Defendant,<br><br>GARY LOCKE, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, DR. JANE LUBCHENKO, ADMINISTRATOR of the NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and RODNEY McINNIS, REGIONAL ADMINISTRATOR, SOUTHWEST REGION, NATIONAL MARINE FISHERIES SERVICE,<br><br>          Named as FRCP 19(a)<br>          Necessary Party Defendants. | Case Number C 09-2870 JF<br><br>**JUDGMENT**[1]<br><br>Re. docket no. 21 |

---

[1] This disposition is not designated for publication in the official reports.

Defendant's motion to dismiss having been granted without leave to amend, IT IS ORDERED AND ADJUDGED that the action be dismissed on the merits.

**IT IS SO ORDERED.**

DATED: 1/8/09

---
JEREMY FOGEL
United States District Judge